# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

January 11, 2017

General Information
(202) 216-7000

Re:    16-1395 News Media Alliance v. FCC, et al

Dear Clerk of Court:

Pursuant to the order of this court filed January 11, 2017, a copy of which is enclosed, we are transmitting forthwith the court's original file in electronic format. The following motions remain pending: motion to intervene filed December 2, 2016 and December 12, 2016.

Please acknowledge receipt of the transferred file by sending a confirmation email to dcnoa@cadc.uscourts.gov.

Sincerely yours,

BY:    /s/
Lynda M. Flippin
Deputy Clerk

Enclosures